**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

In The Matter Of:            In Bankruptcy:

INDIA L HAASHIIM           Case No. 08-71657-MBM
                                                  Chapter 7
                                                  Hon. MARCI B. McIVOR

                Debtor(s)
_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

To the Clerk of the United States Bankruptcy Court:

      The attached check in the amount of $3.79 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Eastside GYN<br>29751 Little Mack Ste B<br>Roseville, MI 48066 | 5 | $3.79 |

                                                              **Total: $3.79**

                                                   Respectfully Submitted,

                                                   /s/ Gene R. Kohut
                                                   21 Kercheval Avenue, Suite 285
                                                   Grosse Pointe Farms, MI 48236
                                                   Phone: (313) 886-9765
                                                   E-mail: ecftrustee@gktrustee.com
Dated: 08/18/2010                          [P47413]